IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICIA WILLIAMS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

16-cv-238-bbc

v.

DEPARTMENT OF WORKFORCE
DEVELOPMENT & DEPARTMENT OF
JUSTICE,

    Defendants.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff Patricia Williams's failure to state a claim upon which relief may be granted.

| /s/ | 6/20/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |